### 36670. BROWN v. HIGGINS.

Judgment affirmed without opinion pursuant to Rule 59. *All the Justices concur.*

DECIDED JANUARY 27, 1981.

*Jordan & Jordan, Hill Jordan,* for appellant.
*Joseph E. Cheeley, Jr., Joseph E. Cheeley, III,* for appellee.